```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
               Plaintiff,       )           4:07CR3152
                                )
       v.                       )
                                )
GEOFFREY A. LEACH and           )           ORDER
JOHN F. KROTZ,                  )
                                )
               Defendants.      )
                                )
```

IT IS ORDERED:

Trial of this matter as to both defendants is continued until further order, pending a ruling on defendant Krotz's pending motion to suppress (filing 21).

DATED this 9th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge